

**Group Five Legal LLP**
99 Wall Street, Suite 1200
New York, NY 10005
https://groupfivelegal.com/

April 27, 2026

Hon. Seth D. Eichenholtz
Magistrate Judge
United States District Court
Eastern District of New York

Re: Castano v. Grand Collision *et. al.*, No. 1:25-cv-06348

Dear Judge Eichenholtz:

This firm represents Defendants in the above-referenced action. We write jointly on behalf of Plaintiff and Defendants to inform the Court that the parties have reached a settlement in principle. As such, we write to request a 20-day extension from today to May 17, 2026, for the parties to notify the Court of its jointly selected mediator, in accordance with the Court's February 26 order.

The parties are in the process of drafting and negotiating the settlement terms and we anticipate submitting an accepted Rule 68 Offer of Judgment for the Court's approval in the coming days.

This is the parties' first request for extension.

Thank you for your consideration.

Sincerely,

*Benjamin Yeamans*

Benjamin J. Yeamans, Esq.
Group Five Legal LLP
99 Wall Street, Suite 1200, New York, NY 10005
Direct: 646.854.9076 | ben.yeamans@groupfivelegal.com

CC: Counsel of Record (via ECF)